Anthony C. **PITRE**, Plaintiff–Appellant

v.

Nathan **CAIN**; Dr. John Crawford, Defendants–Appellees.

No. 09–30571

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Nov. 17, 2009.

Anthony C. Pitre, St. Gabriel, LA, pro se.

---

Before REAVLEY, DAVIS, and HAYNES, Circuit Judges.

PER CURIAM: *

The judgment of the district court is affirmed. Mr. Pitre has been given medical care, but he refuses to take medication which results at times in physical problems. Evidence of conscious indifference is not presented. The report of the magistrate judge dated April 29, 2009, 2009 WL 1491042, explains the reasons for dismissal.

AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.